Jonathan A. Stieglitz, SBN 278028
The Law Offices Of Jonathan A. Stieglitz
11845 W. Olympic Boulevard, Suite 800
Los Angeles, CA 90064
Phone: (323) 979-2063
Fax: (323) 488-6748
Email: jonathan.a.stieglitz@gmail.com
*Attorneys for Plaintiff SHALEESE SMITH*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHALEESE SMITH, <br><br> Plaintiff, <br><br> vs. <br><br> EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION LLC, PREMIER AUTO CREDIT, <br><br> Defendant. | Case No. 3:18-cv-01554 JLS (JLBx) <br><br> Hon. Janis L. Sammartino, Courtroom 4D <br><br> **NOTICE OF SETTLEMENT** |

**PLEASE TAKE NOTICE** that Plaintiff Shaleese Smith and Defendant Trans Union LLC have reached a settlement. The parties anticipate that they will complete the settlement and file a stipulation of dismissal with prejudice as to Trans Union LLC within 45 days from the date of this notice.

DATED: August 23, 2018        The Law Offices Of Jonathan A. Stieglitz

                              By:    */s/ Jonathan A. Stieglitz*
                                     Jonathan A. Stieglitz
                                     Attorneys for Plaintiff SHALEESE SMITH

MUSICK, PEELER
& GARRETT LLP

1119467.1                                         Case No. 3:18-cv-01554 JLS (JLBx)

NOTICE OF SETTLEMENT