# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| Case Name: | Smith v. Equifax Information Services, LLC et al. | Case No.: | 18-cv-01554-JLS-JLB |
|---|---|---|---|

| Hon. Jill L. Burkhardt | Ct. Deputy Carolina Lopez | Rptr. Tape: n/a |
|---|---|---|

On August 23, 2018, Plaintiff Shaleese Smith and Defendant Trans Union LLC filed a Notice of Settlement (ECF No. 10). On September 6, 2016, all parties filed a Notice of Settlement (ECF No. 13). Accordingly, **IT IS HEREBY ORDERED**:

1. The Early Neutral Evaluation and Case Management Conference previously scheduled for September 13, 2018 (ECF No. 9) is **VACATED**.

2. A Joint Motion for Dismissal shall be electronically filed on or before **October 16, 2018**.[1] On the same day the Joint Motion for Dismissal is filed, the proposed order for dismissal, for the signature of the Honorable Janis L. Sammartino, shall be emailed to the chambers of the Honorable Janis L. Sammartino.[2]

3. If a Joint Motion for Dismissal and proposed order for dismissal are not submitted on or before **October 16, 2018**, then a telephonic, counsel-only Settlement Disposition Conference shall be held on **October 18, 2018**, at **2:00 PM** before Magistrate Judge Jill L. Burkhardt. Counsel shall initiate and coordinate placing a joint call into chambers with all participating counsel already on the line for purposes of the Conference.

4. If a Joint Motion for Dismissal and proposed order for dismissal are received on or before **October 16, 2018**, the Settlement Disposition Conference shall be vacated without further court order.

Date: September 10, 2018                                      Initials: lc1

---

[1] *See* Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California.

[2] *See id.* § 2(h), for the chambers' official email address and procedures on emailing proposed orders.