# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| <u>Case Name</u>: | **Smith v. Equifax Information Services, LLC et al.** | <u>Case No.</u>: | **18-cv-01554-JLS-JLB** |
|---|---|---|---|

<u>Hon. Jill L. Burkhardt</u>    <u>Ct. Deputy Carolina Lopez</u>    <u>Rptr. Tape: n/a</u>

On October 18, 2018, the Court held a telephonic, counsel-only Settlement Disposition Conference with Plaintiff's counsel and counsel for Defendants Trans Union LLC and Equifax Information Services, LLC. Counsel for Defendant Premier Auto Credit did not appear. Pursuant to the Conference, **IT IS HEREBY ORDERED**:

1. A Joint Motion for Dismissal shall be electronically filed on or before **November 1, 2018**.[1] On the same day the Joint Motion for Dismissal is filed, the proposed order for dismissal, for the signature of the Honorable Janis L. Sammartino, shall be emailed to the chambers of the Honorable Janis L. Sammartino.[2]

2. If a Joint Motion for Dismissal and proposed order for dismissal are not submitted on or before **November 1, 2018**, then a telephonic, counsel-only Settlement Disposition Conference shall be held on **November 2, 2018**, at **9:30 AM** before Magistrate Judge Jill L. Burkhardt. Counsel shall initiate and coordinate placing a joint call into chambers with all participating counsel already on the line for purposes of the Conference.

3. If a Joint Motion for Dismissal and proposed order for dismissal are received on or before **November 1, 2018**, the Settlement Disposition Conference shall be vacated without further court order.

Date: October 18, 2018                                              Initials: lc1

---

[1] *See* Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California.

[2] *See id.* § 2(h), for the chambers' official email address and procedures on emailing proposed orders.