UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHALEESE SMITH,<br><br>                        Plaintiff,<br><br>v.<br><br>EQUIFAX INC., et al.,<br><br>                        Defendants. | Case No.: 18-CV-1554 JLS (JLB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>(ECF No. 16) |

Presently before the Court is Plaintiff Shaleese Smith and Defendant Trans Union LLC's Joint Motion to Dismiss Trans Union LLC. (ECF No. 16). Good cause appearing, the Court **GRANTS** the Joint Motion and **DISMISSES WITH PREJUDICE** Plaintiff Shaleese Smith's action against Trans Union LLC. As stipulated, each party will bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: October 22, 2018

Hon. Janis L. Sammartino
United States District Judge